705 A.2d 1211

IN THE MATTER OF RICHARD L. GRUBER,
AN ATTORNEY AT LAW.

February 26, 1998.

## ORDER

The Disciplinary Review Board on September 18, 1997, having filed with the Court its decision concluding that **RICHARD L. GRUBER** of **NEWARK,** who was admitted to the bar of this State in 1977, should be reprimanded for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4(a) (failure to communicate), and *RPC* 8.1(b) (failure to cooperate with Office of Attorney Ethics), and good cause appearing;

It is ORDERED that **RICHARD L. GRUBER** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.